United States District Court
For the
District of Massachusetts

FILED
2004 OCT 20  A 11:56
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark Genovecos, ET. AL;
    Plaintiff's

vs.

Thomas M. Hodgson, Sheriff; ET.AL;
    Defendants.

Civil Action
No.

### Affidavit of Indigency

Now comes the plaintiff, Mark Genovecos, pro se, and states before the Honorable Court that all inmates are presently confined at the Bristol County House of Correction located at 400 Faunce Corner Rd North Dartmouth.

They are indigent and the majority inmates are detainees waiting on bail's pertaining their pending cases, some are illiterate or don't speak english, which they have no help from prison officials who are trained in the law, nor is there a law library where these inmates may recieve help from other inmates who have knowledge within the legal jurisdiction to assist them (prisoners) with their legal issues.

Therefore:

Plaintiffs, in the class-action complaint request that all motions be granted to protect the inmates constitutional right to access to the Court, with an adequate law library and legal materials, and staff officials trained within the law.

Respectfully Submitted

Paul Henriquez pro se
FB-M4 20122562
Bristol County Sheriff Office
400 Faunce Corner Rd
North Dartmouth Ma
02747