United States District Court
For The
District of Massachusetts

MARK GENOVEOS, ET AL,
    Plaintiff's

vs.

Thomas M. Hodgson, ET AL,
    Defendant's

Civil Action

FILED
2004 OCT 20  A 11: 76
U.S. DISTRICT COURT
DISTRICT OF MASS

## Motion to For Appointment of Counsel

Now comes the plaintiff Mark Genovezos, pro se and moves before this Honorable Court to appoint Counsel to represent the plaintiffs class-action claim.

It would be very hard for the plaintiff's to pursue further litigation as to the claims raised in the complaint that the inmate's are unable to research the law pertaining to the claims raised in such complaint and request for this Court to allow this motion in order for the plaintiffs claim to survive before this Court.

Further plaintiff is the lead plaintiff pro se and is unable to conduct proper research or able to set further ground work for the (2) two claims raised within this class-action claim.

Knowing that it is important that this Court understand that if the prisoners are without a adquate law library or even any prisoner official capable, nor trained with in the law to assist any inmates, that are detainee waiting to pursue their pending cases.

It is important that this motion be granted to protect all prisoner's who are presently confined within the Bristol County House of Correction located in North Dartmouth

Respectfully Submitted

Mark Menacyae pro se
FB-M. 122562
Bristol County House of Cor.
400 Faunce Corner Rd
North Dartmouth Mass
02747