04CV12242-NMG

United States District Court
For The District of Massachusetts.
John J. Moakley, U.S. Courthouse
1 Courthouse Way, Boston, Ma.
                02210

FILED
CLERKS OFFICE
2004 NOV -1  P 1:53
U.S. DISTRICT COURT
DISTRICT OF MASS

October 27, 2004

Re: Genovezos et al vs Hodgson, et al;
    Civil Complaint

Dear Mr. Moakley,

   On or about the beggening of October 2004, I had filed a Civil Complaint pursuant to 42 U.S.C.A. § 1983, against various prison official, concerning en adequate law library and medical treatment.

   During this time I have not receive any enformation in regards to the above matter. If you can be of any assistance in regards to this issue, please respond to me at the following address to prevent any lost of mail from the institution.

P.s. Forwarding address.
   MARK GENOVEZOS
   P.O. Box 6141
   New Bedford, Mass
        02740

Respectfully Submitted
Mark Genovezos Pro se
ID-122562 FBM7