


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

_11·22·04_
Date

TO: _Mark Genovezos_
_Bristol County Sheriffs Office_
_400 Faunce Corner Rd._
_North Dartmouth, MA 02747_


The Clerk's Office received your letter inquiring about the status of the case you submitted for filing.

The Court's records indicate that your case was received for filing on _10·25·04_ and was assigned Civil Action No. _04-12242 NMG_.

If you filed an Application to Proceed Without Prepayment of Fees and Affidavit, a judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915 and/or § 1915A, if applicable.

If you are incarcerated, a judge must conduct a preliminary screening of your case pursuant to 28 U.S.C. § 1915A, even if you paid the $150.00 filing fee.

I hope that this letter addresses your concerns.

_____
Deputy Clerk