Received 2/1/05

Rebecca Greenberg,
United States District Court
Office Of The Clerk
John Joseph Moakley CourtHouse
1 CourtHouse Way, Suite 2300
Boston, Massachusetts 02210

Jan 26, 2005

RE: GENOVESOS V. HODGSON ET AL.
C.A. NO. 04-12242-NMG

Dear Mr. Greenberg,

This letter is reference to the above matter, please be inform that on Jan 2, 2005, I received a package from the Court in which a Memorandum and Order was entered by Judge N.M. Gorton, and within that order the Judge denied 1) Motion to Proceed in forma pauperis, 2) Motion to Amend Complaint, 3) Motion to Appoint Counsel) But that a response should be filed by me within forty two (42) days, a complete Application to Proceed in forma pauperis with a certified prison balance statement.

Now I have tried on numerous occasions through a case worker and written a letter to Finance Department requesting a complete read out of my inmate prison account, also requested all document to the exhaustion requirement as required through 42 U.S.C. §1997e (a).

explaining to the administration that it is very important that I receive such information or the Honorable Court will dismiss my claim for failure to provide Prison Account Statement 28 U.S.C. §1914; §1915(a)(1).

The administration refuses to forward the above information and without receiving the two (2) requirements 28 U.S.C. §1914; 1915 PLRA 1995 and 42 U.S.C. §1997c(a) to show that these claims are met that without showing such information then this case is subject to dismissal.

I'm requesting this Honorable Court to prevent this case from being dismiss that I will need more ample time to file a proper pleading, because now I'm unable to compel the administration to provide me with that information.

I'm requesting ~~tet~~ that such continuance be request do to the circumstances. I wait for a prompt reply

Respectfully Submitted
Wael Henry
Bristol County Sheriff Office
400 Faunce Corner Rd
North Dartmouth
Mass 02747