UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. GENOVEZOS,<br>    Plaintiff,<br><br>v.<br><br>SHERIFF HODGSON, ET AL.,<br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-12242-NMG<br>)<br>)<br>) |

ORDER ON MOTION FOR AN EXTENSION OF TIME
AND ORDER TO PRISON TO PROVIDE
REQUESTED PRISON ACCOUNT INFORMATION

GORTON, D.J.

On December 28, 2004 a Memorandum and Order issued, directing Plaintiff to file, within forty-two days, a completed Application to Proceed *in forma pauperis* accompanied by his prison account balance statement for the past six months, in order for this Court to assess the filing fee pursuant to 28 U.S.C. §1915(b). Plaintiff was also directed to show cause within that time, why this action should not be dismissed for the reasons set forth in the Memorandum and Order.

On February 1, 2005, Plaintiff filed a motion to extend the time for compliance, in part because of difficulties he is having obtaining his prison account records.

It is hereby ORDERED that, to the extent that the Bristol County Sheriff's Office, or other prison facility housing the Plaintiff requires an Order of this Court before it will provide the Plaintiff with a certified copy of his prison account statement, this Memorandum and Order shall constitute such an Order requiring that facility to provide any requested prison account balance information and documentation to the Plaintiff, so that he may submit that to the Court as part of his Application to Proceed *in forma pauperis*.

It is further ORDERED, that Plaintiff's Motion for an Extension of Time is Allowed. Plaintiff

shall comply with the Memorandum and Order by no later than April 1, 2005.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th  day of February, 2005

                                                /s/ Nathaniel M. Gorton
                                                NATHANIEL M. GORTON
                                                UNITED STATES DISTRICT JUDGE