Deputy Clerk
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

FILED
IN CLERKS OFFICE
2005 FEB 22 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Feb. 17, 2005

RE: Genoveros v. Hodgson, Et al.
C.A. 04-12242-NMG.

Dear Sir,

    Please be informed that a letter was foward to this Court in the above matter, explaining that the Financial Department here at Bristol County Sheriffs office have refused to allow me to recieve a full completion of my inmate account within the 6 months, secondly, I requested that the Court accept the enclosed letter with the application to proceed without Prepayment of Fees and Affidavit.

    Also please be informed as of Feb. 19, 2005 my new mailing address will be as listed below, any further correspondence are to foward to that address.

Thank you in advance and wait for a prompt reply.

Respectfully Submitted,
Mael D. Henriques
P.O. Box 6141
New Bedford, Ma,
02740