UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. GENOVEZOS,<br>Plaintiff,<br><br>v.<br><br>SHERIFF HODGSON, ET AL.,<br>Defendants. | )<br>)<br>)<br>)   C.A. No. 04-12242-NMG<br>)<br>)<br>) |

### ORDER TO PRISON TO PROVIDE REQUESTED PRISON ACCOUNT INFORMATION

GORTON, D.J.

On December 28, 2004 a Memorandum and Order issued, directing Plaintiff to file, within forty-two days, a completed Application to Proceed *in forma pauperis* accompanied by his prison account balance statement for the past six months, in order for this Court to assess the filing fee pursuant to 28 U.S.C. §1915(b).   On February 1, 2005, Plaintiff filed a motion to extend the time for compliance, in part because of difficulties he is having obtaining his prison account records.  As of this date, Plaintiff still asserts the prison refuses to provide the inmate account information as required pursuant to §1915(b).

Accordingly, it is hereby ORDERED that the Bristol County Sheriff's Office, or other prison facility housing the Plaintiff shall, by no later than April 30, 2005, provide this Court with a certified copy of Plaintiff's prison account statement.  Such statement shall include balance information for the six (6) months preceding October 20, 2004 (date complaint was filed), and specifically include the following information:  1) the average monthly deposits to Plaintiff's prison account for that six (6) month period; and 2) the average monthly balance in Plaintiff's account for the six (6) month period immediately preceding October 20, 2004.

SO ORDERED.

Dated at Boston, Massachusetts, this 14th day of April, 2005

/s/ N.M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE