04-12242-NMG

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300          May 15, 2005
Boston, Massachusetts 02210

RE: Genovezos v. Sheriff Hodgson ETAL.

Dear Sir/Madam;

    This letter is reference to the above caption matter and that on May 12, 2005, received an order by the Court that the <u>Bristol County Sheriff's Office, or other prison facility housing the Plaintiff</u> shall, by no later than April 30, 2005, provide this Court with a certified copy of Plaintiff prisons account statement.

    The plaintiff would like to inform this Honorable Court that pursuant to M.G.L. c. 123, §35 the presently confined within the state facility up until May 31, 2005 which the 30 days of civil commitment will end.

    Plaintiff further request that this Honorable Court informed him of any further proceedings and all matters be followed to the following address.

MARK GENOVEZOS - P.O. Box 6141 - New Bedford Ma 02740
℅ Elizabeth Coderic 102 Merrimac St. New Bedford Ma 02740