United States District Court
For The
District of Massachusetts

Case Name: Genovezos v. Hodgson, et al
Case Number: 1:04-CV-12242

## Notice to Appeal

Now comes the plaintiff Mark Genovezos, pro se and moves before this Honorable Court pursuant to Federal Rules of Appellate Procedures Rule 4(a); that on June 27, 2005; it was ordered by (J. Elizebeu), pursuant to Federal Rules of Civil Procedure Rule 12. Ordered that this action hereby dismissed without prejudice.

Plaintiff hereby request that this Notice of Appeal be entered to the United States Court of Appeal for the First Circuit.

Respectfully Submitted
Mark Genovezos, pro se
ID. 122562 FB-MS-C24
Bristol County Sheriff Office
400 Faunce Corner Rd
North Dartmouth, Mass.
02747

Certificate of Services

I Mark Genovevas, pro se do hereby state that on July 4, 2005, did forward a complete copy of a Notice to Appeal and Certificate of Services to the United States District Court by First Class mail via institutional mail to the Clerk of Courts for the U.S. District Court 1st Circuit at 1 Courthouse Way, Suite 2300, Boston Massachusetts. 02210.

Respectfully Submitted,
Mark Genovevas, pro se
I.D. 122562 FB-MS-C21
Bristol County Sheriff's Office
400 Faunce Corner Rd.
North Dartmouth Ma
02747