04CV12242NMG

United States District Court
Office of The Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

June 21, 2005

RE: Genovese v. Bristol County Sheriff Hodgson, et al.

To whom this letter may concern;

I'm writing in reference to the above entitled matter in which I have no knowledge to where this matter is pending before this Honorable Court.

If this Honorable Court can be of any assistance to the above entitled matter, please forward such information to me.

I await for a prompt reply.

Respectfully Submitted,
Mark Genovese
Bristol County Sheriff's Office
400 Faunce Corner Rd
North Dartmouth, Ma
02740