

# United States Court of Appeals
## For the First Circuit

No.  05-2033

04-12242
J. Gorton

MARK A. GENOVEZOS,

Plaintiff, Appellant,

v.

THOMAS M. HODGSON, Sheriff; JAMES P. KELLY, Deputy
Superintendent; JOHN POPE, Law Librarian Staff;
PETER BERTHIAUME, Medical Staff,

Defendants, Appellees.

**JUDGMENT**

Entered: November 17, 2005

This court issued a briefing notice in this case on August 10, 2005 setting a deadline of September 19, 2005 for filing appellant's brief and a subsequent notice of default on September 29, 2005 setting a final deadline of October 13, 2005. These deadlines have passed, and appellant has failed to file a brief. Appellant's mail has been returned to this court as undeliverable, and he has failed to provide this court with an updated address. Under the circumstances, the case is dismissed for lack of prosecution. See Loc. R. 45(a).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: DEC 12 2005

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By:_____
Operations Manager

[cc: Mark A. Genovezos]